IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 05-cr-00280-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  HOMAIDAN AL-TURKI,
2.  SARAH KHONAIZAN,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

1. Defendant Al-Turki's motion to file additional motions, filed September 30, 2005 (Docket No. 94), is granted.
2. The United States' motion for extension of time, filed October 12, 2005 (Docket No. 97), is granted.
3. Defendant Al-Turki's motion for leave to file supplemental motion, filed January 26, 2006 (Docket No. 107), is granted.
4. The United States' motion to supplement the motion to continue, filed March 6, 2006 (Docket No. 117), is granted
5. The United States' motion for extension of time, filed July 21, 2005 (Docket No. 53), is granted.
6. Defendant Al-Turki's motion for change of venue, filed September 30, 2005 (Docket No. 91), is denied without prejudice.
7. Defendant Khonaizan's motion for a bill of particulars, filed September 30, 2005 (Docket No. 80), is denied except the court will reserve ruling as to count four.
8. Defendant Al-Turki's motion for a bill of particulars, filed September 30, 2005 (Docket No. 84), is denied except the court will reserve ruling as to count four.
9. Defendant Al-Turki's motion for disclosure of *Brady* materials, filed September 30, 2005 (Docket No. 90), is granted in part, and denied in part, as discussed in the hearing.
10. Defendant Al-Turki's motion for Rule 16 discovery, filed September 30, 2005

   (Docket No. 93), is granted in part, and denied in part, as discussed in the hearing.
11. Defendant Khonaizan's motion for disclosure of confidential informants and special discovery, filed July 11, 2005 (Docket No. 36), is granted in part, and denied in part, as discussed in the hearing.
12. Defendant Khonaizan's special motion for discovery, filed July 20, 2005 (Docket No. 52), is granted in part, and denied in part, as discussed in the hearing.
13. Defendant Al-Turki's motion discovery related to April 4, 2005 arrest, filed September 30, 2005 (Docket No. 87), is denied without prejudice.
14. Defendant Al-Turki's supplemental motion for *Brady* and discovery materials, filed January 26, 2006 (Docket No. 108), is denied without prejudice.

Dated:  March 20, 2006

                    s/Jane Trexler, Secretary/Deputy Clerk