IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 05-cr-00280-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HOMAIDAN AL-TURKI,
2. SARAH KHONAIZAN,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendants' motion for release of passports to pre-trial is granted.

Dated:  March 28, 2006

                                                    s/Jane Trexler, Secretary/Deputy Clerk