IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Walker D. Miller

Case No. 05-cr-00280-WDM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. HOMAIDAN AL-TURKI
2. SARAH KHONAIZAN

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2006

GREGORY C. LANGHAM
CLERK

## ORDER AUTHORIZING RELEASE OF PRESENTENCE REPORT

Based on the Court's review of the Defendant's Unopposed Motion for Authorization to Release Presentence Report to state court, the Court authorizes Defendant's counsel to provide copies of the presentence report to the following:

- the District Court for Arapahoe County, Colorado;
- the District Attorney for Arapahoe County, Colorado;
- the Probation Department for Arapahoe County, Colorado.

These persons shall not disseminate the report to any other persons or entities without further order of this Court. Defendant's counsel shall provide a copy of this order to the Arapahoe County Court, District Attorney and Probation Department at the time the presentence report is released to them.

ORDERED this __17th__ day of July, 2006.

_____
Hon. Walker D. Miller
U.S. District Court Judge
District of Colorado