IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00280-WDM-2

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

1. SARAH KHONAIZAN,

   Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on the *Government's Motion to Dismiss Counts 1, 2 and 4 of the Indictment*, filed on July 28, 2006, hereby grants said motion. It is

HEREBY ORDERED that Counts 1, 2 and 4 of the Indictment in the above-captioned case are dismissed as to defendant Sarah Khonaizan, only.

DATED this 1st day of August, 2006.

BY THE COURT:

WALKER D. MILLER, Judge
United States District Court