IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00280-WDM-02

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**2. SARAH KHONAIZAN,**

    Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court on the *GOVERNMENT'S UNOPPOSED MOTION TO RELEASE DEFENDANT KHONAIZAN'S PASSPORT TO THE CUSTODY OF THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT*, filed on July 28, 2006, hereby grants said motion. It is

HEREBY ORDERED that the passport of Defendant Khonaizan be released to the Bureau of Immigration and Customs Enforcement until such time the Defendant leaves the United States.

DATED this 1st day of August, 2006.

BY THE COURT:

WALKER D. MILLER, Judge
United States District Court